Edith DEPEN and Alfred Depen, Complainants-Appellees, v. LAWYERS' TITLE & GUARANTY COMPANY, George S. Van Schaick, as Superintendent of Insurance of the State of New York, and Lawyers' County Trust Company of New York, Defendants-Appellants.*

No. 420.

Circuit Court of Appeals, Second Circuit.

Aug. 7, 1934.

in Tolfree v. New York Title & Mortgage Co. et al., 72 F.(2d) 702 and Jacoby et al. v. Bond & Mortgage Guarantee Co. et al., 72 F.(2d) 420, the opinions in which are filed herewith. The principles announced in those decisions govern the present case, and the order granting a preliminary injunction and appointing temporary trustees is accordingly reversed, and the bill of complaint is ordered dismissed.

Greenbaum, Wolf & Ernst, of New York City (Lawrence S. Greenbaum, Morris L. Ernst, Samuel J. Schur, Theodore S. Jaffin, and Philip Levy, all of New York City, of counsel), for appellant George S. Van Schaick, Superintendent of Insurance of New York, as Rehabilitator of Lawyers' Title & Guaranty Co.

Joseph Nemerov, of New York City (Joseph Nemerov and Maurice J. Dix, both of New York City, of counsel), for complainants-appellees and Bainbridge Colby, Edwin L. Garvin, John M. McGrath, and Nathan D. Shapiro, trustees.

PER CURIAM.

It seems unnecessary to develop the law and facts applicable to this appeal in a separate opinion after what we have already said

